AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 12/25/2024

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Miguel Edgardo Inzunza, | ) | Case No. 24-9552 MJ |
| A #209 815 783 | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about December 22, 2024, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Miguel Edgardo Inzunza, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about August 15, 2017, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer .

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILE  Digitally signed by CHARLES BAILE
Date: 2024.12.26 12:51:02 -07'00'

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for SAUSA Regan Pauls

☒ Continued on the attached sheet.

LUIS E TERAN  Digitally signed by LUIS E TERAN
Date: 2024.12.26 13:17:43 -07'00'

*Complainant's signature*

Luis E. Teran
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: December 26, 2024  @2:00pm

*E S Willett*

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about December 22, 2024, officers with the Gilbert Police Department arrested and booked Miguel Edgardo Inzunza into the Maricopa County Jail (MCJ), in Phoenix, Arizona, on local charges. While Inzunza was confined at the MCJ, ICE agents interviewed him and determined him to be a citizen of Mexico, unlawfully present in the United States. On or about the same date, an immigration detainer was lodged with the MCJ for Inzunza. On or about December 25, 2024, Inzunza was released from the MCJ to ICE custody and transported to the Phoenix ICE office for further investigation and processing.

3. Immigration history checks revealed Miguel Edgardo Inzunza to be a citizen of Mexico and a previously deported alien. Inzunza was removed from the United States to Mexico through Calexico, California, on or about August 15, 2017, pursuant to a final order of removal issued by an immigration official. There is no record of Inzunza in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United

States after his last removal. Inzunza's immigration history was matched to him by electronic fingerprint comparison.

4. On or about December 25, 2024, Miguel Edgardo Inzunza was advised of his constitutional rights. Inzunza freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about December 22, 2024, Miguel Edgardo Inzunza, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Calexico, California, on or about August 15, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit

///

///

///

and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

_____
LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2024.12.26 13:18:26 -07'00'

Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
December 26, 2024

_____
Eileen S. Willett
United States Magistrate Judge

3